IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01386-MSK-PAC

DAMON NAILL,

      Plaintiff(s),

v.

THE CITY OF FORT MORGAN, COLORADO, a municipality,
JEFF LINDSEY, in his official and individual capacity,
KEITH A. KURETICH, in his official and individual capacity,

      Defendant(s).

---

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

      IT IS HEREBY **ORDERED** that the Motion for Entry of Protective Order [filed March 16, 2007; Doc. No. 16] is **GRANTED**. The Protective Order as amended in paragraph 3, is made an order of the Court this date.

Dated: March 19, 2007