IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01386-MSK-KLM

DAMON NAILL,

      Plaintiff,

v.

THE CITY OF FORT MORGAN, COLORADO, a municipality,
JEFF LINDSEY, in his official and individual capacity,
KEITH A. KURETICH, in his official and individual capacity,

      Defendants.

_____

## ORDER

_____

THIS COURT, being fully advised in the premises, having considered the Stipulated

Motions To Dismiss previously filed in this matter **(#34 and #36)**, hereby **ORDERS**:

1. This case is dismissed with prejudice;

2. All parties are to bear their own fees and costs.

**IT IS SO ORDERED** by the Court on this the 5th day of October, 2007.

                    **BY THE COURT:**

                    _Marcia S. Krieger_
                    _____

                    Marcia S. Krieger
                    United States District Judge